■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE SUTTON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered February 20, 1975 (the date on the clerk's extract is May 28, 1975), convicting him of attempted assault in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed (cf. *People v Broadie,* 45 AD2d 649, affd 37 NY2d 100; *People v Bryant,* 47 AD2d 51). Shapiro, Acting P. J., Titone, Hawkins and O'Connor, JJ., concur.